```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  YASIN MOHAMMAD
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:11-CR-00066
                                 )
12                 Plaintiff,    )   FINAL ORDER OF FORFEITURE
                                 )
13       v.                      )
                                 )
14  RUFUS LEROY ROBINSON,        )
                                 )
15                 Defendant.    )
                                 )
16
17       WHEREAS, on June 21, 2011, the Court entered a Preliminary
18  Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §
19  924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement
20  entered into between plaintiff and defendant Rufus Leroy
21  Robinson, in the following property:
22            a.   Any and all firearm(s) and ammunition
                   found in the defendant's possession for
23                 which he has been charged in this case,
                   including, but not limited to, a Raven
24                 Arms P25 .25 caliber pistol, serial
                   number: 339726.
25
26       AND WHEREAS, beginning on June 23, 2011, for at least 30
27  consecutive days, the United States published notice of the
28  Court's Order of Forfeiture on the official internet government
```

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-listed properties:  Dorothy Lee Ewing;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Rufus Leroy Robinson.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   November 2, 2011              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE